UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY A. SHARP,

    Petitioner,

v.

EDWARD BORLA,

    Respondent.

Case No. 24-cv-08011-RS (PR)

**ORDER OF TRANSFER**

Petitioner challenges the denial of a resentencing petition relating to convictions he received in the Fresno County Superior Court, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 84(b), 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** November 19, 2024

_____
RICHARD SEEBORG
Chief United States District Judge